**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

James T. Schemionek, Laurie A. Schmionek,

       Plaintiffs,                    Civil No. 10-4751 (RHK/JJK)

vs.                                 **DISQUALIFICATION AND ORDER FOR REASSIGNMENT**

Deutsche Bank Trust Company, as Trustee,
GMAC Mortgage, LLC, Mortgage
Electronic Registration Systems, Inc.,
Homecomings Financial LLC,

       Defendants.

The above-entitled matter has been assigned to the undersigned, a Judge of the above Court. Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter. Accordingly,

**IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated December 1, 2008, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment.

**IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.

Dated: November 30, 2010

                                              s/Richard H. Kyle
                                              RICHARD H. KYLE
                                              United States District Judge